**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alonzo James Herbert CAMP,**
**Jr., Defendant–Appellant.**

No. 12–6641.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Alonzo James Herbert Camp, Jr., Appellant Pro Se. Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Jill Westmoreland Rose, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo James Herbert Camp, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Camp*, No. 1:08–cr–00128–MR–DLH–4 (W.D.N.C. Apr. 3, 2012). We deny Camp's request to place this appeal in abeyance pending legislative action, and we deny Camp's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*